856

No. 284. BETTINGER ET AL. v. NORTHWESTERN NATIONAL CASUALTY CO. ET AL. C. A. 8th Cir. Certiorari denied. *Robert O. Sullivan* and *Arthur J. Donnelly* for petitioners. *Elmer Wiblishauser* for respondents.

No. 289. PRUDENCE-BONDS CORP. ET AL. v. CHEMICAL BANK & TRUST CO., TRUSTEE. C. A. 2d Cir. Certiorari denied. *Charles M. McCarty* for the Prudence-Bonds Corporation, *Geo. C. Wildermuth* for Castellano, *Samuel Silbiger* for Eddy, and *Aaron Schwartz* for Samson et al., petitioners. *John A. Wilson* and *Willard M. L. Robinson* for respondent.

No. 291. BERTELSEN v. COONEY. C. A. 5th Cir. Certiorari denied. *Irwin J. Askow* and *Harvey L. Hardy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 292. FIRST TRUST & SAVINGS BANK OF ZANESVILLE v. FIDELITY-PHILADELPHIA TRUST CO. C. A. 3d Cir. Certiorari denied. *Israel Packel* and *James S. Clifford, Jr.* for petitioner. *Thomas B. K. Ringe* for respondent.

No. 293. UNITED STATES EX REL. LoDuca v. NEELLY, DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 7th Cir. Certiorari denied. *Francis Heisler* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 294. HULAHAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *C. Arthur Anderson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General*